■ PRAMCO IV, LLC, Appellant, v COLLAMER ROAD, LLC, et al., Respondents, et al., Defendants. (Appeal No. 1.) [847 NYS2d 894]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered February 20, 2007 in a foreclosure action. The order, among other things, denied plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Pine, JJ.